**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

———————

No. 97-1992

———————

Oscar C. Jefferson,

            Appellant,

v.

Kenneth S. Apfel, Commissioner
of Social Security,[*]

            Appellee.

\* Appeal from the United States
\* District Court for the
\* District of Minnesota.

\* [UNPUBLISHED]

———————

Submitted: March 26, 1998
Filed: March 30, 1998

———————

Before FAGG, BEAM, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Oscar C. Jefferson, a minor, appeals the district court's[1] decision granting summary judgment to the Commissioner and affirming the Commissioner's decision to

———————

[*]Kenneth S. Apfel has been appointed to serve as Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rules of Appellate Procedure 43(c).

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

deny Oscar child's Supplemental Security Income. After carefully reviewing the record and the parties' submissions, we conclude that substantial evidence on the record as a whole supports the Commissioner's decision. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.